**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MICHAEL BUTLER**                                                              **PLAINTIFF**

     **v.**                **Case No.: 09-6017**

**JAMES GIBSON, et al.**                                           **DEFENDANTS**

**O R D E R**

On this 21st day of June 2010, there comes on for consideration the report and recommendation filed in this case on June 1, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 11). Also before the Court are Plaintiff's objections to the report and recommendation (doc. 12).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Preliminary Injunction/Motion to Amend (doc. 9) is DENIED to the extent Plaintiff seeks a preliminary injunction or temporary restraining order.

IT IS SO ORDERED this 21st day of June 2010.

                                                     /s/ Robert T. Dawson
                                                     Honorable Robert T. Dawson
                                                     United States District Judge

**AO72A**
**(Rev. 8/82)**