**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MICHAEL BUTLER**                                                                                                     **PLAINTIFF**

v.                                            Case No. 6:09-cv-6017

**LARRY NORRIS, et al**                                                                                          **DEFENDANT**

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

    MICHAEL BUTLER, currently an inmate of the Arkansas Department of Corrections, filed this *pro se* civil rights action under 42 U.S.C. § 1983. On December 3, 2010, he filed a Motion to Amend Complaint (ECF No. 64) seeking, in part, to dismiss certain defendants from this case. There has been nor response to the Motion.

    Plaintiff seeks to dismiss the following Defendants: Wendy Kelly, Grant Harris, John Whaley, Curtis Mienzer, Ravanna Walker, Darryl Gordon, and Evelyn Haynie-Gulley. The Plaintiff indicates he may seek relief against the defendants in the "proper venue" as they are all related to defendants previously dismissed in this case for want of venue. *See* Report and Recommendation ECF. No. 42. Plaintiff's Motion to Amend and dismiss certain defendants should be granted..

    I therefore recommend the following Defendants: Wendy Kelly, Grant Harris, John Whaley, Curtis Mienzer, Ravanna Walker, Darryl Gordon, and Evelyn Haynie-Gulley be dismissed as defendants in this case due to improper venue, based on Plaintiff's Motion to Amend.

    **The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the**

**district court.**

       **DATED** this **1ˢᵗ day of August, 2011.**

                                            /s/ Barry A. Bryant
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE

Case 6:09-cv-06017-RTD-BAB   Document 87   Filed 08/01/11   Page 2 of 2 PageID #: 389