```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

MICHAEL BUTLER                                           PLAINTIFF

    V.                    Civil No. 09-6017

LARRY NORRIS, et al.                                    DEFENDANTS

## O R D E R

On this 29th day of August 2011, there comes on for consideration the report and recommendation filed in this case on August 1, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 87). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Wendy Kelly, Grant Harris, John Whaley, Curtis Mienzer, Ravanna Walker, Darryl Golden and Evelyn Haynie-Gulley are DISMISSED as defendants in this matter.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge